# EXHIBIT A



US00D775310S

(12) **United States Design Patent** (10) Patent No.: **US D775,310 S**

Kremerman (45) Date of Patent: ** Dec. 27, 2016

(54) **BENT DISTILLATION HEAD**

(71) Applicant: **Elliot Kremerman**, Soquel, CA (US)

(72) Inventor: **Elliot Kremerman**, Soquel, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/560,838**

(22) Filed: **Apr. 11, 2016**

(51) **LOC (10) Cl.** ................................................. **23-01**
(52) **U.S. Cl.**
USPC .......................... **D23/207**; D23/233; D23/268
(58) **Field of Classification Search**
USPC ...... D23/207, 209, 213, 233, 259, 266, 268;
202/83, 255, 257, 270
CPC ................................... B01D 3/04; B01D 3/008
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,970,346 A | * | 8/1934 | Symons ............... C10M 175/00 196/104 |
| 3,672,959 A | * | 6/1972 | Sweet ..................... C02F 1/18 202/181 |
| 3,830,705 A | * | 8/1974 | Dewegeli ................. B01D 3/02 202/189 |
| 3,980,526 A | * | 9/1976 | Kirschmann ............ B01D 3/02 202/180 |
| D249,051 S | | 8/1978 | Hansrote |
| D249,052 S | | 8/1978 | Hansrote |
| D249,053 S | | 8/1978 | Hansrote |
| D249,054 S | | 8/1978 | Hansrote |
| D249,055 S | | 8/1978 | Hansrote |
| D249,056 S | | 8/1978 | Hansrote |
| D249,057 S | | 8/1978 | Hansrote |
| 4,157,967 A | | 6/1979 | Meyst et al. |
| 4,159,817 A | | 7/1979 | Ikawa |
| D254,441 S | | 3/1980 | Lemoine |
| 4,385,988 A | | 5/1983 | Hypponen |

| | | |
|---|---|---|
| 4,417,565 A | 11/1983 | Karpinia |
| 4,425,285 A | 1/1984 | Shimoi et al. |
| 4,511,519 A | 4/1985 | Hsia |
| D293,128 S | 12/1987 | Karamian |
| D293,368 S | 12/1987 | Karamian |
| 4,747,538 A | 5/1988 | Dunn et al. |
| D303,703 S | 9/1989 | Padilla |
| D306,338 S | 2/1990 | Rempe et al. |
| D313,062 S | 12/1990 | Palmer |
| D314,225 S | 1/1991 | Palmer et al. |
| D316,739 S | 5/1991 | Erickson et al. |
| D339,862 S | 9/1993 | Weber et al. |
| D344,571 S | 2/1994 | Peasley |
| 5,489,532 A | 2/1996 | Charm et al. |
| D389,556 S | 1/1998 | Feldman et al. |

(Continued)

Primary Examiner — Robin V Webster

(74) Attorney, Agent, or Firm — Michael J. Feigin, Esq.; Feigin & Fridman

(57) **CLAIM**

The ornamental design for a bent distillation head, as shown and described.

**DESCRIPTION**

FIG. 1 shows a bottom and side perspective view of the bent distillation head.
FIG. 2 shows a top and reverse side perspective view thereof.
FIG. 3 shows a side perspective view thereof.
FIG. 4 shows a top view thereof.
FIG. 5 shows a bottom view thereof.
FIG. 6 shows a left side view thereof; and,
FIG. 7 shows a ride side view thereof.
The wavy lines shown on the tubular portions of the claimed design indicates non-specified length.
The broken line showing between the pipes is included for the purpose of illustrating and forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



**US D775,310 S**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D392,368 S | 3/1998 | Micoley |
| D412,550 S | 8/1999 | Bell |
| D415,818 S | 10/1999 | Kruepke et al. |
| D420,425 S | 2/2000 | Micoley et al. |
| 6,053,422 A | 4/2000 | Polzin et al. |
| D425,174 S | 5/2000 | Swancara |
| D444,204 S | 6/2001 | Hilgers et al. |
| D444,843 S | 7/2001 | Hilgers et al. |
| D444,844 S | 7/2001 | Hilgers et al. |
| D444,845 S | 7/2001 | Hilgers et al. |
| 6,290,819 B1 * | 9/2001 | Land ........................ B01D 3/42 |
| | | 202/181 |
| D455,813 S | 4/2002 | Mount |
| D458,340 S | 6/2002 | Lindahl |
| D465,012 S * | 10/2002 | Tauzer ........................ D23/213 |
| 6,644,560 B2 | 11/2003 | Polzin et al. |
| D499,166 S * | 11/2004 | Weidmann ................... D23/209 |
| D595,391 S * | 6/2009 | Weltman ..................... D23/268 |
| D625,777 S * | 10/2010 | Loffler ......................... D23/233 |
| D654,558 S * | 2/2012 | Zeng ............................ D23/208 |
| D690,800 S * | 10/2013 | Ren ............................. D23/233 |
| D705,391 S * | 5/2014 | Okazaki ....................... D23/207 |
| D706,386 S | 6/2014 | Amber et al. |
| D707,792 S | 6/2014 | Collins et al. |
| D715,894 S | 10/2014 | Meder |
| D720,425 S | 12/2014 | Caldwell |
| D727,460 S | 4/2015 | Collins et al. |
| D731,615 S | 6/2015 | Ambler et al. |

* cited by examiner

U.S. Patent          Dec. 27, 2016          Sheet 1 of 5          US D775,310 S



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6          FIG. 7

# EXHIBIT B



US00D776238S

(12) **United States Design Patent**    (10) Patent No.:        **US D776,238 S**
Kremerman                               (45) Date of Patent:   **    Jan. 10, 2017**

(54) **STRAIGHT PATH DISTILLATION HEAD**

(71) Applicant: **Elliot Kremerman**, Soquel, CA (US)

(72) Inventor: **Elliot Kremerman**, Soquel, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/560,844**

(22) Filed: **Apr. 11, 2016**

(51) **LOC (10) Cl.** ............................................. **23-01**
(52) **U.S. Cl.**
      USPC .......................... **D23/207**; D23/223; D23/268
(58) **Field of Classification Search**
      USPC ...... D23/207, 209, 213, 233, 259, 266, 268;
                              202/83, 255, 257, 270
      CPC .................................. B01D 3/04; B01D 3/008
      See application file for complete search history.

(56)                **References Cited**

            **U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 1,970,346 A | * | 8/1934 | Symons .............. C10M 175/00 |
| | | | 196/104 |
| 3,672,959 A | * | 6/1972 | Sweet ........................ C02F 1/18 |
| | | | 202/181 |
| 3,830,705 A | * | 8/1974 | Dewegeli ................. B01D 3/02 |
| | | | 202/189 |
| 3,980,526 A | * | 9/1976 | Kirschmann ........... B01D 3/02 |
| | | | 202/180 |
| D249,051 S | | 8/1978 | Hansrote |
| D249,052 S | | 8/1978 | Hansrote |
| D249,053 S | | 8/1978 | Hansrote |
| D249,054 S | | 8/1978 | Hansrote |
| D249,055 S | | 8/1978 | Hansrote |
| D249,056 S | | 8/1978 | Hansrote |
| D249,057 S | | 8/1978 | Hansrote |
| 4,157,967 A | | 6/1979 | Meyst et al. |
| 4,159,817 A | | 7/1979 | Ikawa |
| D254,441 S | | 3/1980 | Lemoine |
| 4,385,988 A | | 5/1983 | Hypponen |

| | | |
|---|---|---|
| 4,417,565 A | 11/1983 | Karpinia |
| 4,425,285 A | 1/1984 | Shimoi et al. |
| 4,511,519 A | 4/1985 | Hsia |
| D293,128 S | 12/1987 | Karamian |
| D293,368 S | 12/1987 | Karamian |
| 4,747,538 A | 5/1988 | Dunn et al. |
| D303,703 S | 9/1989 | Padilla |
| D306,338 S | 2/1990 | Rempe et al. |
| D313,062 S | 12/1990 | Palmer |
| D314,225 S | 1/1991 | Palmer et al. |
| D316,739 S | 5/1991 | Erickson et al. |
| D339,862 S | 9/1993 | Weber et al. |
| D344,571 S | 2/1994 | Peasley |
| 5,489,532 A | 2/1996 | Charm et al. |
| D389,556 S | 1/1998 | Feldman et al. |

(Continued)

*Primary Examiner* — Robin V Webster
(74) *Attorney, Agent, or Firm* — Michael J. Feigin, Esq.;
Feigin & Fridman

(57)                        **CLAIM**

The ornamental design for a straight path distillation head,
as shown and described.

                        **DESCRIPTION**

FIG. 1 shows a bottom and side perspective view of the
straight path distillation head.
FIG. 2 shows a top and reverse side perspective view
thereof.
FIG. 3 shows a side view thereof;
FIG. 4 shows a top view thereof.
FIG. 5 shows a bottom view thereof.
FIG. 6 shows a left side view thereof; and,
FIG. 7 shows a right side view thereof.
The wavy lines shown on the tubular portions of the claimed
design indicates non-specified length.
The broken line showing between the pipes is included for
the purpose of illustrating and forms no part of the claimed
design.

                **1 Claim, 5 Drawing Sheets**



**US D776,238 S**

Page 2

(56)                   **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D392,368 S | 3/1998 | Micoley |
| D412,550 S | 8/1999 | Bell |
| D415,818 S | 10/1999 | Kruepke et al. |
| D420,425 S | 2/2000 | Micoley et al. |
| 6,053,422 A | 4/2000 | Polzin et al. |
| D425,174 S | 5/2000 | Swancara |
| D444,204 S | 6/2001 | Hilgers et al. |
| D444,843 S | 7/2001 | Hilgers et al. |
| D444,844 S | 7/2001 | Hilgers et al. |
| D444,845 S | 7/2001 | Hilgers et al. |
| 6,290,819 B1 * | 9/2001 | Land ...................... B01D 3/42 |
| | | 202/181 |
| D455,813 S | 4/2002 | Mount |
| D458,340 S | 6/2002 | Lindahl |
| D465,012 S * | 10/2002 | Tauzer ...................... D23/213 |
| 6,644,560 B2 | 11/2003 | Polzin et al. |
| D499,166 S * | 11/2004 | Weidmann .................. D23/209 |
| D595,391 S * | 6/2009 | Weltman .................. D23/268 |
| D625,777 S * | 10/2010 | Loffler ...................... D23/233 |
| D654,558 S * | 2/2012 | Zeng ........................... D23/208 |
| D690,800 S * | 10/2013 | Ren ............................ D23/233 |
| D705,391 S * | 5/2014 | Okazaki ...................... D23/207 |
| D706,386 S | 6/2014 | Ambler et al. |
| D707,792 S | 6/2014 | Collins et al. |
| D715,894 S | 10/2014 | Meder |
| D720,425 S | 12/2014 | Caldwell |
| D727,460 S | 4/2015 | Collins et al. |
| D731,615 S | 6/2015 | Ambler et al. |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6          FIG. 7

# EXHIBIT C



U.S. Patent D777,310

OSS "JACKETED SHORT PATH
DISTILLATION HEAD"

4840-2080-0576, v. 1

# EXHIBIT "C"

# EXHIBIT D



U.S. Patent D776,238    OSS JACKETED SHORT PATH
DISTILLATION HEAD

4839-5460-9216, v. 1

# EXHIBIT "D"