1  Duane H. Mathiowetz (CBN 111831)
   Rick C. Chang (CBN 209515)
2  LECLAIRRYAN LLP
   44 Montgomery Street, Suite 3100
3  San Francisco, CA 94104
   Tel: 415.391.7111
4  Fax: 415.391.8766
   duane.mathiowetz@leclairryan.com
5  rick.chang@leclairryan.com

6  Attorneys for Defendants

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ELLIOT KREMERMAN,                    Case No.: 3:17-cv-00306-JD

12         Plaintiff,                   **[PROPOSED]** ORDER GRANTING
                                        STIPULATION TO TRANSFER VENUE
13     v.
                                        Judge:   The Honorable James Donato
14 OPEN SOURCE STEEL, LLC, et al.,               Courtroom 11

15         Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28
                    [PROPOSED] ORDER TO TRANSFER
                                  1

**TO ATTORNEYS OF RECORD:**

Defendants Open Source Steel, LCC, Joshua Dellay, and James Dellay and Plaintiff Elliott Kremerman have filed a stipulation to transfer venue pursuant to 28 U.S.C. § 1400(b). The Court, having fully considered the stipulation and authorities presented by Defendants and Plaintiff, and good cause having been shown:

IT IS HEREBY ORDERED that this matter be TRANSFERRED to the United States District Court for the Western District of Washington.

The Clerk is hereby directed to TRANSFER this matter in its entirety to the United States District Court for the Western District of Washington.

IT IS SO ORDERED.

DATED: June 16, 2017

*APPROVED — Judge James Donato* (seal: United States District Court, Northern District of California)